1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES JOHN O'SHEA,

          Plaintiff,

     v.

TUNG,

         Defendant.

Case No. 23-cv-04209-TLT

**ORDER OF DISMISSAL**

     Plaintiff, a person in detention at the Maguire Correctional Facility in San Mateo County proceeding *pro se*, filed a document with the Court on August 18, 2023, which the Court construed as an attempt to file a civil rights action. ECF 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because he had not submitted an application to proceed *in forma pauperis* or paid the filing fee. ECF 2. The Court informed plaintiff that he needed to correct the deficiency within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and plaintiff has not submitted the application to proceed *in forma pauperis* or paid the filing fee.

     The Court therefore DISMISSES this action with prejudice. The Clerk shall terminate any pending motions, enter judgment for defendant, and close the file.

     **IT IS SO ORDERED.**

Dated: October 30, 2023

TRINA L. THOMPSON
United States District Judge